# UNITED STATES DISTRICT COURT
## For The
### DISTRICT OF COLORADO

**Plaintiff**
David H. Hanson, Pro Per
2077 Windham Way
Colorado Springs, CO 80906
(719) 351-3043

v

**Defendants:**

Emergency Medical Specialists, PC
George Hertner, Registered Agent
1400 E. Boulder Street
Colorado Springs, CO 80909
(719) 365-2000

Wakefield & Associates, Inc.
Ryan Boettcher, Registered Agent
10800 E. Bethany Dr. Suite 450
Aurora, CO 80014
(303) 537-2900

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2016

JEFFREY P. COLWELL
CLERK

Civil Action No.

**'16 -CV- 02141**

## COMPLAINT AND
## DEMAND FOR JURY TRIAL

### INTRODUCTION

Comes now the Plaintiff, David H. Hanson, Pro Se, a resident of Colorado Springs, Colorado and makes this complaint against:

1. Emergency Medical Specialists, P.C. (EMS) a Professional Corporation in good standing with the State of Colorado (George Hertner, Registered Agent) which provides emergency medical care at and on behalf of Memorial

Hospital (MH), with corporate offices at 1400 E. Boulder Street, Colorado Springs, Colorado, and,

2. Wakefield & Associates Inc. (WA) with offices at 10800 E. Bethany Dr. Suite 450, Aurora, CO 80014, a Colorado Corporation in good standing (Ryan Boettcher, Registered Agent)

    a. Provides collection services for clients in the state of Colorado and elsewhere. EMS has contracted with WA to perform collection services.

## TIMELINESS

This Complaint is timely as the last action caused by Defendants was the month ending January, 2016 with first knowledge of harm to Plaintiff being on or about July 31st, 2016.

## JURISDICTION

This Complaint is a "federal question" with jurisdiction in this Honorable Court. Plaintiff also requests damages in excess of the State of Colorado's Civil Procedures. Both Defendants perform services in the State of Colorado and have corporate offices in the State of Colorado. Registered Agents for the Defendants have addresses within the State of Colorado. Plaintiff resides in the State of Colorado.

## PLAINTIFF'S STATEMENT AND COMPLAINT

After experiencing a heart attack, Plaintiff drove himself to MH's Emergency Room for medical attention. Due to the severity of the heart attack, Plaintiff was immediately taken into treatment without going through triage, was conscious and signed an authorization document for treatment before receiving insertion of two stents. During and subsequent to receiving treatment at MH Plaintiff was faced with the following:

(1) Plaintiff provided documentation to financial personnel at MH showing the Veteran's Administration (VA) was the insurance carrier/responsible party for any and all costs. 38 CFR 3.1711. 4.

(2) EMS, an emergency service company, reportedly performed services on behalf of the Plaintiff. EMS has offices in MH and shares access to insurance information with MH.

(3) The costs of medical services are to be submitted to VA which was done by MH who was duly compensated.

  (4) After discharge from MH, Plaintiff unexpectedly received a billing from EMS via US Post and Plaintiff immediately (within 5 days) responded to EMS by letter, with proper postage affixed, indicating Plaintiff was not aware which services were rendered, requested more information and indicated that all billings for any medical services should be presented to VA for payment as the responsible party/insurance carrier.

  (5) It is not the responsibility of the Plaintiff to bill VA but it is the responsibility of EMS to follow VA protocol for payment.

  (6) EMS continued dunning Plaintiff but did not respond to request for additional information.

  (7) Dunning ceased.

  (8) Plaintiff believed the issue was resolved and Plaintiff did no more.

Subsequent to the belief that the issue was resolved, Plaintiff received a demand for payment from Defendant WA stating that they represented EMS and was a collection agency.

  (1) Plaintiff immediately notified WA by return U.S. Post, within 5 days with proper postage affixed, that VA was the responsible party/insurance carrier and VA would pay any valid costs incurred upon proper presentation.

  (2) Plaintiff informed, in writing, WA that EMS was told this fact and it should not have been turned over to WA for collection.

  (3) Plaintiff continued to receive dunning letters from WA and one standardized form letter requesting information on the responsible party/insurance carrier.

  (4) Plaintiff once again responded, first to the dunning letters individually and then their request, within 5 days by US Post, with proper postage affixed. WA requested additional information about the billings and Plaintiff returned a completed questionnaire and instructed WA the charges should be billed to VA rather than Plaintiff.

  (5) Defendants never responded to Plaintiff's requests.

  (6) Dunning ceased.

  (7) Plaintiff believed the issue had been resolved and did no more.

In July, 2016, Plaintiff received a letter from Experian, Inc., a financial reporting company, stating there may have been adverse information placed on Plaintiff's credit report and if Plaintiff desired to review this information, Plaintiff should call, email or write for a copy of

this report. Plaintiff did request and received this report in July/August, 2016. The report indicated a monthly collection designation initiated by WA, agent for EMS, from at least June 2013 through and including January 2016 which was the last date so reported. Exhibit "A"

In August, 2016, after receiving the Equifax report, Plaintiff again requested information from both Defendants and received none.

(1) With the exception of four reporting months over the past two years, each of the months reported on the Experian report was a negative designation as being in "Collection". This was the first knowledge the Plaintiff had that a "collection notice" was being placed by Defendants.

(2) VA indicates they paid all billings Defendants and MH presented if properly submitted.

(3) According to the Experian report, other than the collection designation placed or caused to be placed by Defendants on Plaintiff's credit report, Plaintiff has an exceptional credit rating, no outstanding bills or late payments of any kind and further shows Plaintiff is an excellent credit risk apart from actions of Defendants. Exhibit "A"

(4) Credit records are available to those issuing credit and are available to anyone with access to such information, whether a credit grantor, qualified neighbor, friend or business associate or anyone else desiring information by deceit.

(5) WA enjoys an A+ rating with the BBB while wrongfully portraying Plaintiff as a delinquent and deadbeat. Exhibit "B"

## DAMAGES

By Defendant's, willful, wanton and gross negligence, Plaintiff has suffered damages and wrongs:

(1) Continuing collection notices on the credit report after VA's payment of medical bills shows wanton disregard which affected credit of Plaintiff.

(2) Plaintiff suffered a defamed reputation and questioning of character.

(3) Defendants had access to MH medical billing records yet proved their disregard for rightly dividing truth, causing Plaintiff poor credit issues.

(4) Defendants continued and repeatedly reported wrongful and negative collection notations with Experian (and other agencies) even though they knew the billings

were improper. These wrongful acts added to the lack of credit worthiness of Plaintiff.

(5) Plaintiff has been portrayed with negative branding.

(6) The credit report, on which credit scores are predicated, has been adversely affected reflects a lower credit score than would have been issued without Defendant's notice of a collection issue.

(7) Defendant's wanton and grossly negligent reporting affected Plaintiff's integrity.

(8) Plaintiff has repeatedly been denied credit from but not limited to First National Bank of Omaha, Credit One Bank, Chase Card, Citi Cards, Capital One, USAA Federal Savings Bank as shown on the "report". Exhibit "C"

(9) The Defendants have, by wantonly gross negligence and willful actions, adversely affected Plaintiff's reputation, self-worth and who has experienced anxiousness, grave concern, clinical depression and feelings of attack against his person, integrity, credibility and credit worthiness.

(10) Defendants continued to allow collection notifications to be placed on Plaintiff's credit report for years creating ongoing detrimental effects toward credit placement even after receiving payment from VA or knowledge of where to send billings.

(11) Defendant's improper bookkeeping procedures and application to the account of the Plaintiff has contributed to poor credit, personal attacks and loss of credibility.

## PUNITIVE DAMAGES

The Plaintiff understands the gravity of punishment for actions of Defendant but further believes that punishment in this case is justified. Defendants have willfully, negligently and deliberately injured and treated Plaintiff with contempt by not responding to requests for information to correct their records. It is of utmost importance that Defendants have a reason to change bookkeeping and procedures and it is by punishment. Defendants have also shown extreme recklessness and injured the Plaintiff.

(1) Punitive Damages definition relied upon by Plaintiff: "Monetary compensation awarded to an injured party that goes beyond that which is necessary to compensate the individual for losses and that is intended to punish the wrongdoer."

(2) The policies and bookkeeping practices currently put in place by the Defendants causing malicious and wrongful harm to the Plaintiff, may subject others seeking

credit or those desiring to maintain their reputation, integrity or credit rating by experiencing similar or nearly similar grossly negligent actions.

(3) Punishment of Defendants will create a situation in which Defendants will desire to change their processes to protect patients/clients.

(4) Punishment of Defendant will compel procedures to be changed which have allowed negative and derogatory information to be left on a "credit report" even after receiving payment or repeatedly being informed that VA was responsible for all payments.

(5) Defendants to be punished for their irresponsibility in dunning, threatening Plaintiff and not submitting proper billings of treatment to VA for payment therefore causing them to bill Plaintiff and mark his report as being in "collection".

(6) Defendants actions need to be punished so others do not experience like wrongs.

(7) Punishment is also to persuade Defendants to develop a Standard Operating Procedure (SOP) and put the SOP in place, training all personnel, making the SOP as required reading by all employees and new hires and thereby protect any and all future or past patients/clients or others served by Defendants.

(8) Defendants should be duly punished for all ways they have treated Plaintiff.

(9) Punishment will further aid in compelling Defendants to review and change their procedures and in doing so adopt new practices to help the avoidance/ violation/damaging of all seeking credit approval.

Defendants have shown extreme recklessness, wanton disregard and gross negligence of/for Plaintiff's, credit rating, reputation, financial health and integrity. To ensure damages done to this Plaintiff and all future patients/clients are corrected, financial punishment goes beyond that which is necessary to compensate the Plaintiff for personal damages and that is intended to punish the Defendants for their actions.

## PRAYER FOR RELIEF

1. Plaintiff prays Plaintiff be awarded a minimum sum of $80,000.00 plus expenses as actual damages, wrongful and willful hurt inflicted upon the Plaintiff, and,

2. Plaintiff prays Plaintiff be awarded a minimum sum $160,000.00 as Punitive Damages to punish for wrongful, willful and grossly wanton negligence acts, lack of attention to proper record keeping, lack of implementing proper procedures in caring for their patient/client base, lack of care in responding to the requests and needs of patients, and

ensuring the damages done to this Plaintiff and all future patients/clients are corrected, and,

3. Plaintiff prays this Honorable Court order Defendants to develop and implement an SOP to insure future compliance by all employees in how to properly handle records, maintain and protect the needs of all future patients/clients and reviewing all current collection activity for similar actions against Plaintiff and insuring the negligent actions of the Defendants do not affect future patients/clients, and,

4. Plaintiff prays this Honorable Court, order the negative reports, past and present, by the Defendant's action be completely expunged from any and all credit reporting agencies.

## STIPULATION

Plaintiff stipulates that this Complaint is not an initial communication in connection with debt collection.

## JURY TRIAL

Plaintiff hereby demands a trial by a jury.

Respectfully,

David H. Hanson, Plaintiff, Pro Se

Date: 08/23/2016

## SERVICE

**Experian**
A world of insight

Prepared for: DAVID H HANSON
Date: July 18, 2016
Report number: 3775-2537-68

Page 3 of 12

*Personal statements you've asked us to include* You've given us the following statement to include every time a company asks us for your credit report:

"FILE FROZEN DUE TO STATE LEGISLATION."

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

**WAKEFIELD & ASSOCIATES I**
3901 S JAMAICA CT STE 200
AURORA CO 80014
Phone number
(800) 864 3870
Partial account number
XNIN1
Address identification number
0167323902
Original creditor EMERGENCY MED SPEC MR

| | | | |
|---|---|---|---|
| Date opened | Type | Credit limit or original amount | Recent balance |
| Feb 2010 | Collection | $724 | $961 as of Jan 2016 |
| First reported Jun 2013 | Terms 1 Months | High balance Not reported | Responsibility Individual |
| Date of status Jun 2013 | Monthly payment Not reported | | Status Collection account. This account is scheduled to continue on record until Sep 2016. |

**Payment history legend**

| | |
|---|---|
| OK | Current/Terms of agreement met |
| 30 | Account 30 days past due |
| 60 | Account 60 days past due |
| 90 | Account 90 days past due |
| 120 | Account 120 days past due |
| 150 | Account 150 days past due |
| 180 | Account 180 days past due |
| CRD | Creditor received deed |
| FS | Foreclosure proceedings started |
| F | Foreclosed |
| VS | Voluntarily surrendered |
| R | Repossession |
| PBC | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| D | Defaulted on contract |
| C | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

**Payment history**

| 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUN |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | ND | ND | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |



Exhibit "A" 4 pages

0121558836

7171-02-00-00071 52-0002-0059574

# Experian
*A world of insight*

Prepared for: DAVID H HANSON
Date: July 18, 2016
Report number: 3775-2537-68
Page 5 of 12

## Your accounts in good standing (continued)

### SYNCB/PHILLIPS 66
PO BOX 965004
ORLANDO FL 32896
Phone number (855) 513-1176
Partial account number 707622200147...
Address Identification number 0167323902

| | | | |
|---|---|---|---|
| Date opened Mar 1984 | Credit limit or original amount Not reported | Recent balance Not reported | Responsibility Individual |
| First reported Jun 2003 | Terms Not reported | | Status Paid, Closed/Never late. |
| Date of status May 2016 | Monthly payment Not reported | High balance $628 | This account is scheduled to continue on record until May 2026. |

**Payment history**

2016: MAY APR MAR FEB JAN — 25/ND, 25/ND, 25/ND, 25/ND, 25/ND — OK

2015: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2014: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2013: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2012: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2011: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2010: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

2009: NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC — all 25/ND OK

**AB** = Account balance ($)  **DPR** = Date payment received  **SPA** = Scheduled payment amount ($)  **AAP** = Actual amount paid ($)

▼ Between Jul 2014 and Apr 2016, your credit limit/high balance was $500.

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 |
| SPA | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

### SYNCB/PLCC
PO BOX 965024
ORLANDO FL 32896
Phone number (844) 832 0035
Partial account number 700602005515...
Address Identification number 0167389192

| | | | |
|---|---|---|---|
| Date opened Oct 1967 | Type Charge Card | Credit limit or original amount $800 | Recent balance $0 /paid as of Jul 2016 |
| First reported Dec 2004 | Terms Not reported | High balance $463 | Responsibility Individual |
| Date of status Jul 2016 | Monthly payment $2 | | Status Open/Never late. |



**Experian**
A world of insight

# Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

### CAPITAL ONE
PO BOX 5253
CAROL STREAM IL 60197
**Phone number** (800) 477-6000
**Partial account number** 47306801252...
**Address identification number** 0167323902

| | |
|---|---|
| Date opened | Mar 2007 |
| Type | Credit card |
| Terms | Not reported |
| Monthly payment | Not reported |
| Credit limit or original amount | $300 |
| High balance | |
| Recent balance | Not reported |
| Responsibility | Individual |
| Status | Paid, Closed/Never late. |
| Date of status | Mar 2007 |
| First reported | Mar 2007 |

**Comment:** This account is scheduled to continue on record until Dec 2017.

**Payment history**
2007
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
CLS OK OK OK OK OK OK OK OK OK

### THD/CBNA
PO BOX 6497
SIOUX FALLS SD 57117
**Phone number** (800) 677-0232
**Partial account number** 603532042332...
**Address identification number** 0167323902

| | |
|---|---|
| Date opened | Mar 2007 |
| Type | Charge Card |
| Terms | Not reported |
| Monthly payment | Not reported |
| Date of status | May 2016 |
| Credit limit or original amount | $500 |
| High balance | $520 |
| Recent balance | |
| Responsibility | Individual |
| Status | Paid, Closed/Never late. |
| First reported | Mar 2007 |

**Comment:** Account closed at consumer's request. This account is scheduled to continue on record until May 2026.

**Payment history**

| 2016 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2013 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2010 | | | | | | | | | | | | | 2009 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| AB | = Account balance ($) | | | | | | | DPR | = Date payment received | | | | | | | SPA | = Scheduled payment amount ($) | | | | | | AAP | = Actual amount paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

|    | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun16 | May15 | Apr15 | Mar15 | Feb16 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Aug25 | Aug25 | Aug25 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 | Apr07 |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.



0121558836

**Experian**
A world of insight

Prepared for: DAVID H HANSON
Date: July 18, 2016
Report number: 3775-2537-68
Page 6 of 12

## Your accounts in good standing (continued)

**Payment history**

2016
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

2012
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG
2014                                                2013
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

2010                                                2009
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG
OK OK OK OK OK OK OK OK OK OK OK OK

Account history – *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 | Apr11 |
| SPA | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▼ *Between Jul 2014 and Jun 2016, your credit limit/high balance was $800*

0121558836



Exhibit "B"

# BBB Business Review

BBB ACCREDITED BUSINESS SINCE 9/10/2015

## Wakefield & Associates

**Additional Locations**

**Phone: (303) 537-2900**

Fax: (303) 537-2901

*View Additional Phone Numbers*

10800 E Bethany Dr Ste 450, Aurora, CO 80014

debra.ciskey@wakeassoc.com

http://www.wakeassoc.com

 

**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### Request a Quote
Request a Quote from Wakefield & Associates

### BBB Accreditation

A BBB Accredited Business since 9/10/2015

BBB has determined that Wakefield & Associates meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses pay a fee for accreditation review/monitoring and for support of BBB services to the public.

BBB accreditation does not mean that the business' products or services have been evaluated or endorsed by BBB, or that BBB has made a determination as to the business' product quality or competency in performing services.

# Experian
*A world of insight*

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).

**USAA FEDERAL SAVINGS BANK** 10750 MCDERMOTT FWY SAN ANTONIO TX 78288
(800) 531 8722
Date of inquiry: Jun 15, 2016; Feb 25, 2016; Oct 21, 2015

**CAPITAL ONE** PO BOX 30281 SALT LAKE CITY UT 84130
(804) 967 1000
Date of inquiry: May 12, 2016; Apr 15, 2016; Mar 04, 2016; Feb 16, 2016; Jan 15, 2016; Dec 11, 2015; Oct 30, 2015; Oct 17, 2015; Oct 02, 2015; Sep 18, 2015; Jan 30, 2015; Jan 27, 2015; Jan 20, 2015

**CITI CARDS** PO BOX 6000 SIOUX FALLS SD 57117
(888) 866 2484
Date of Inquiry: Apr 08, 2016

**WF CRD SVC** 1220 CONCORD AVE CONCORD CA 94520
(925) 686 7938
Date of inquiry: Oct 27, 2015

**CHASE CARD** PO BOX 15298 WILMINGTON DE 19850
(800) 432 3117
Date of inquiry: Jun 19, 2015

**CONSUMERINFO.COM** PO BOX 19729 IRVINE CA 92623
(866) 673 0141
Date of inquiry: Jun 12, 2015

**CIC/EXPERIAN CREDITWORKS** 535 ANTON BLVD STE 100 COSTA MESA CA 92626
(866) 431 3471
Date of inquiry: Jun 04, 2015

**CIC/EXPERIAN IDENTITY CH** 535 ANTON BLVD STE 100 COSTA MESA CA 92626
No phone number available
Date of inquiry: Jun 04, 2015

**FIRST NATIONAL BANK OF OMAHA** 1620 DODGE ST OMAHA NE 68102
(402) 342 2265
Date of inquiry: Jun 02, 2015; Mar 19, 2015; Jan 09, 2015; Aug 15, 2014

**CREDIT ONE BANK** PO BOX 98873 LAS VEGAS NV 89193
(877) 825 3242
Date of inquiry: Aug 26, 2014

**FIRST NATIONAL BANK OF OMAHA** 1620 DODGE ST OMAHA NE 68102
(402) 342 2265
Date of inquiry: Aug 15, 2014

**EXPERIAN** PO BOX 9600 ALLEN TX 75013
(800) 311 4769
Date of inquiry: Dec 14, 2012; Mar 30, 2012; Sep 26, 2011

**EXPERIAN**
No phone number available
Date of inquiry: Sep 26, 2011